USC § 2255 motion

**United States**    **Distri**
**District Court**    **ct**

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Name (under which you were convicted): ANWAR L. Gage

Docket or Case No.: 6:18-CR-14-JRG-KNM

Place of Confinement: FCC coleman USP-1

Prisoner No.: 17493-104

**MAY - 3 2019**

UNITED STATES OF AMERICA

Movant (include name under which convicted)

BY
DEPUTY_____

v.  ANWAR LEWIS GAGE

**MOTION** 1.    (a) Name and location of court that entered the judgment of conviction you are challenging: Jack Brooks Federal Building & US court house 300 willow St Beaumont, TX 77701

    (b) Criminal docket or case number (if you know): 6:18-CR-14-JRG-KNM

2.    (a) Date of the judgment of conviction (if you know): 1-29-19

    (b) Date of sentencing: 1-29-19

3.    Length of sentence: 84 months

4.    Nature of crime (all counts): 922 (G)(1) Felon in possession of a Firearm

5.    (a) What was your plea? (Check one)
    (1) Not guilty    (2) Guilty    (3) Nolo contendere (no contest)
    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6.    If you went to trial, what kind of trial did you have? (Check one)    Jury    Judge only

7.    Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes    (No)

8.    Did you appeal from the judgment of conviction?    Yes    (No)

9.    If you did appeal, answer the following:
    (a) Name of court: _____
    (b) Docket or case number (If you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _____

410cr

1

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes (No)

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10.    Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes (No)

11.    If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes (No)

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

410cr

2

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes No

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes   No

(2) Second petition:   Yes   No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Ineffective Assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

• Counsel did not present or use Affidavits in Favor of my case.

• Counsel advised me not to Allocate or try to Defend, raise or present motions in Defense of my case.

• Counsel ~~refused testators exrects certn hte~~ AC 4/29/18 ~~rellres~~ ~~urbefr~~ @ ~~ue~~ a ~~resot~~ ~~oss~~

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes No

(2) If your answer to Question (c)(1) is "Yes," state:

410cr                                3

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?
Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** Actual Innocence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to present Affidauit, in which another person Admitted to the Actual crime. I have an Affidauit sworn & certified by the actual perpetrator.

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

410cr                                              4

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17493104

Yes  No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____

**GROUND THREE:** Plain Error Entered
by District Court

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I was Unjustly & Unconsiditionally Enhanced
In my Case for A Texas "Assault" Family Violence
Which In past cases In the 5th circuit have been
found to not be a crime of violence.
There was no violence or force in my Texas
case, therefore an enhancement was unjust.
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes  No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

410cr                                    5

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17493104

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes    No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes    No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes    No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes    No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** Plain Error

Entered by District court

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The District court Erred by Enhancing my sentence for my Texas conviction of Aggravated Assault in the 3rd Degree, which is not regarded as a crime of violence under the Texas penal code. No Bodily Injury or Affirmative Finding of a weapon

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

410cr                                    6

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17493104

Yes  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes  No

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes  No

(4) Did you appeal from the denial of your motion, petition, or application?

Yes  No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes  No

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____13.    Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

14.    Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes  No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

410cr                                       7

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17493104

15. Give the name and address, if known, of each attorney who represented you in the following
stages of the judgment you are challenging:

(a) At preliminary hearing: Kenneth Robert Hawk

(b) At arraignment and plea: Kenneth Robert Hawk

(c) At trial: N/A

(d) At sentencing: Kenneth Robert Hawk

(e) On appeal: N/A

(f) In any post-conviction proceeding: N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes No

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. *

410cr                    8

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Therefore, movant asks that the Court grant the following relief: _____
_____
_____
or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ 4 – 2 5 – 19 _____(month, date, year).

Executed (signed) on_____ 4 – 2 5 – 19 ____ (date).

ANWAR
Gaye
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

410cr                                        9

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17493104

ANWAR GAGE # 17493-104
FCC COLEMAN USP-1
PO BOX 1033
COLEMAN, FL 33521

TAMPA, FL 335
PRINT PETERSBURG FL

FOREVER / USA

US Judge Hartfield
Jack Brooks Federal Bldg
US Court House
300 Willow st
Beaumont, TX 77706

77701-228699