UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00191

**Anwar Lewis Gage,**
*Movant,*

v.

**United States of America,**
*Respondent.*

# ORDER

This civil action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Doc. 2. On March 26, 2021, the magistrate judge issued a report recommending that movant's § 2255 motion be denied, the case be dismissed with prejudice, and that movant be denied a certificate of appealability sua sponte. Doc. 18. A copy of the report was sent to movant; however, it was returned undeliverable, and movant has neither communicated with the court nor submitted a notice of a change of address. *See* Doc. 19.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that movant's § 2255 motion is denied, the above-styled case is dismissed with prejudice, and the movant is denied a certificate of appealability sua sponte.

*So ordered by the court on June 8, 2021.*

J. CAMPBELL BARKER
United States District Judge